UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK F. LOCKMAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS MEDICAL, et al.,<br><br>Defendants. | Case No.: 2:23-cv-00282-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 5) |

On March 17, 2023, the Court ordered Plaintiff to file a complete application to proceed *in forma pauperis* or pay the $402 filing fee, on or before May 19, 2023.  Docket No. 3.  Plaintiff has filed a timely motion requesting a 90-day extension.  Docket No. 5.  In his motion, Plaintiff states that prison officials have not sent him back his financial certificate or inmate trust account statements.  *Id.* at 2.

For the foregoing reasons,

IT IS ORDERED that Plaintiff's motion for an extension, Docket No. 5, is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff has **until August 23, 2023**, to either pay the full $402 filing fee or file a complete application to proceed *in forma pauperis*.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED:  May 22, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE